07 CV 6274

JUDGE KAPLAN

335-07/MEU

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
J.D.H. INTERNATIONAL LLC
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Michael E. Unger (MU0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

J.D.H. INTERNATIONAL LLC,

          Plaintiff,

      -against -

OCEAN TRANSPORT and SHIPPING LTD.
and CHURCHGATE NIGERIA LIMITED,

          Defendants.
---------------------------------------------------------------X

07 CV _____ ( )

JUL 09 2007
U.S.... .D.N
CASHIER

**RULE 7.1 STATEMENT**

J.D.H. INTERNATIONAL LLC, by and through its undersigned attorneys Freehill

Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies

that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held

corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
      July 9, 2007

                    FREEHILL HOGAN & MAHAR, LLP
                    Attorneys for Plaintiff
                    J.D.H. INTERNATIONAL LLC

      By:           _____
                    Michael E. Unger (MU0045)
                    80 Pine Street
                    New York, NY 10005
                    (212) 425-1900
                    (212) 425-1901 fax