UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

J.D.H. INTERNATIONAL,

                    Plaintiff,

    -against-                                     07 CIV 6274 (LAK)

OCEAN TRANSPORT AND SHIPPING, et al.,

                    Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court having conferred with plaintiff's counsel (defendant not having been served or appeared), and plaintiff having consented thereto, it is hereby

        ORDERED, that this action shall be dismissed without prejudice and without further action by the Court on January 9, 2008 unless, on or before that date, plaintiff shall have filed either (1) proof of service on the defendant or (2) evidence that plaintiff has attached property pursuant to the Process of Maritime Attachment and Garnishment previously issued.

Dated:    October 11, 2007

                                                          Lewis A. Kaplan
                                                            United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07