UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
J.D.H. INTERNATIONAL LLC, ,

        Plaintiff,

-against-                      07 Civ. 6274 (LAK)

OCEAN TRANSPORT AND SHIPPING LTD., et al.,

        Defendants.
------------------------------------x

## ORDER

Lewis A. Kaplan, *District Judge.*

    This action is dismissed without prejudice given plaintiff's failure to file proof of service or of attachment by 90 days from January 9, 2008. See docket item 8.

    SO ORDERED.

Dated:    May 8, 2008

/s/ Lewis A. Kaplan
_____
Lewis A. Kaplan
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08