**MEMO ENDORSED**

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL reception@freehill.com
www.freehill.com

GEORGE B FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P MURNANE, JR △
THOMAS M RUSSO
THOMAS M CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*◦†
DANIEL J FITZGERALD*†△
MICHAEL C ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C
◦ ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/08

RECEIVED
MAY 30 2008
JUDGE KAPLAN'S CHAMBERS

May 28, 2008

Our Ref: 335-07/MEU/MAM

The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan U.S. Courthouse
5000 Pearl Street, Room 1310
New York, New York 10007

Re:  J.D.H. Int'l LLC v. Ocean Transport and Shipping, et al. 07-6274 (LAK)

Dear Judge Kaplan:

We represent Plaintiff J.D.H. International in connection with the referenced action in which the Court entered an Order of Discontinuance on May 8, 2008 (docket item #8). I apologize for the omission in failing to respond to the Court within the ninety day period set forth in the Court's earlier Order of January 9, 2008 owing to having mis-diaried the date in June rather than in May. At present approximately $199,000 is currently held pursuant to the Process of Maritime Attachment and Garnishment at Deutsche Bank. We have been in discussions recently with the defendants concerning resolution and hope to be in a position to submit a proposed order directing the release of the restrained funds for signing by the Court within the next two weeks.

Given the foregoing, we respectfully request that Your Honor enter an order restoring the matter which we hope to conclude by way of formal order shortly.

We thank the Court for its courtesy and consideration.

Respectfully submitted,

FREEHILL HOGAN & MAHAR, LLP

Michael E. Unger

SO ORDERED
LEWIS A. KAPLAN, USDJ
5/30/08

MEU/mc
NYDOCS1/305408.1